LEONA H. HUNTER, Appellant, v. JOHN F. BALDWIN, Respondent.—Appeals

taken from two separate judgments dismissed, without costs, upon stipulations filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.